IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA

v.

JAKE ELLIS DAUGHTRY (1)
JOSEPH ELLIS DAUGHTRY (2)
KIP WILLIAM DAUGHTRY (3)
SANDRA MILLER DAUGHTRY (4)
JORDAN LEE KING (5)
TANNER JOHN JORGENSEN (6)
AUSTIN WAYNE DIAL (7)
JESSE LEE HACKETT (8)
JOSHUA WHISNEANT (9)

CRIMINAL NO.1:20-CR-00055-TH

## NOTICE OF HEARING ON MOTION

This case is assigned to the Honorable Thad Heartfield, United States District Judge, and is referred to the undersigned for pretrial management. Pending before the court is the government's *Sealed Motion* as to Defendants Jake Ellis Daughtry, Joseph Ellis Daughtry, and Sandra Miller Daughtry. Doc. No. 167. The government filed its motion on March 12, 2021. By Local Rule, the pertinent Defendants have fourteen (14) days to respond—by March 26. E.D. Tex. Crim. R. CR-47(b)(1). Upon review, the undersigned believes a hearing is appropriate to resolve the motion.

Accordingly, a hearing is **SET** before the undersigned in **Courtroom 4** of the Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas, 77701, on W**ednesday, March 31, 2021, at 2:00 p.m.** Counsel for the co-defendants are not required to appear.

It is further **ORDERED** that Defendants Jake Ellis Daughtry, Joseph Ellis Daughtry, and Sandra Miller Daughtry respond to the government's motion (Doc. No. 167) by **Friday, March 26, 2021**.

SIGNED this 15th day of March, 2021.

_____
Zack Hawthorn
United States Magistrate Judge