IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. 1:20-CR-55-TH |
| JAKE ELLIS DAUGHTRY (1) | § | |
| JOSEPH ELLIS DAUGHTRY (2) | § | |
| KIP WILLIAM DAUGHTRY (3) | § | |
| SANDRA MILLER DAUGHTRY (4) | § | |
| JORDAN LEE KING (5) | § | |
| TANNER JOHN JORGENSEN (6) | § | |
| AUSTIN WAYNE DIAL (7) | § | |
| JESSE LEE HACKETT (8) | § | |
| JOSHUA WHISNEANT (9) | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the Report and Recommendation of the magistrate judge (Doc. No. 190), which recommends granting the Government's "Motion to Exclude Evidence or in the Alternative to Hold an Evidentiary Hearing" (Doc. No. 177). No objections have been filed to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); FED. R. CRIM. P. 59(b)(2).

It is, therefore, **ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 190) is **ADOPTED**; the Government's "Motion to Exclude Evidence or in the Alternative to Hold an Evidentiary Hearing" (Doc. No. 177) is **GRANTED**.

It is further **ORDERED** that the Defendants, their attorneys, and witnesses cannot mention or bring before the jury panel or the jury, either directly or indirectly, upon voir dire, opening or

closing statement, interrogation of any witness, the offer or reading of any exhibit or discovery response in the case, arguments or objections before the jury, or in any manner or means inform the jury or bring to the jury's attention that any of the Defendants ever relied on the advice of counsel as it pertains to the allegations set forth in the instant Indictment.

**SIGNED** this the **20** day of **May, 2021.**

Thad Heartfield
United States District Judge