IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § NO. 1:20-CR-55(1) |
| v. | § JUDGE THAD HEARTFIELD |
| | § |
| JAKE ELLIS DAUGHTRY (1) | § |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Information with a violation of 21 U.S.C. § 846, conspiracy to possess with intent to distribute and distribution of a date rape drug over the internet to an unauthorized purchaser.

The essential elements which must be proven to establish the 21 U.S.C. § 846 violation in Count One are:

1. That you reached an agreement with at least one other person to knowingly use the Internet to distribute a date rape drug, to wit: 1,4 butanediol as a controlled substance analogue of gamma hydroxybutyric acid ("GHB"), to a person who you knew or had reasonable cause to believe was not an authorized purchaser; and

2. That you knew the unlawful purpose of the agreement; and

3. That you joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

4. That 1,4 butanediol was a controlled substance analogue of gamma hydroxybutyric acid ("GHB"); and

5. That you knew the substance was controlled under the federal drug laws; and

6. That the 1,4 butanediol you agreed to distribute during the course of the conspiracy was intended at least in part for human consumption.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/ Christopher Rapp
CHRISTOPHER RAPP
Assistant United States Attorney
Arizona Bar No. 025704
550 Fannin St., Suite 1250
Beaumont, Texas   77701
(409) 839-2538
(409) 839-2550 (fax)
christopher.t.rapp@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic delivery to defendant's attorney Charles Flood, on Tuesday, January 18, 2022.

/s/ Christopher Rapp
CHRISTOPHER RAPP