**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 1:20-CR-00055 |
| v. § | |
| § | |
| § | |
| JAKE ELLIS DAUGHTRY (1) § | |

**ORDER OVERRULING OBJECTIONS AND
<u>ADOPTING REPORT AND RECOMMENDATION</u>**

The court referred all pretrial motions in this matter to Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to Title 28 U.S.C. § 636(b)(1)(A) and (3) and the Local Rules of The United States District Court for the Eastern District of Texas. (Doc. No. 100.) On September 27, 2022, Judge Hawthorn entered a Report recommending that the Defendant, Jake Ellis Daughtry's, *Motion to Withdraw Guilty Plea* be denied. (Doc. No. 478.)

Daughtry timely objected to Judge Hawthorn's findings. (Doc. No. 482.) The court conducted a *de novo* review of the objections in relation to the parties' filings and the applicable law. *See* FED. R. CRIM. P. 59(b); 28 U.S.C. § 636(b)(1)(C). After careful consideration, the court finds the objections have no merit and that Judge Hawthorn correctly concluded Daughtry's motion should be denied. Accordingly, it is

**ORDERED** that Defendant's objections (Doc. No. 482) are **OVERRULED** and that his *Motion to Withdraw Guilty Plea* (Doc. No. 429) is **DENIED**.

**SIGNED** this the **20** day of **October, 2022.**

_____
Thad Heartfield
United States District Judge